IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMOS INC. dba WIENER WORLD,<br><br>              Plaintiff,<br><br>   v.<br><br>FIRSTLINE NATIONAL INSURANCE COMPANY,<br><br>             Defendant. | 2:20-CV-1637-CCW<br><br>District Judge Christy Criswell Wiegand<br>Magistrate Judge Maureen P. Kelly |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Local Rule of Civil Procedure 72.

On March 5, 2021, Magistrate Judge Kelly issued a Report, ECF No. 29, recommending that the Court decline to exercise jurisdiction over this declaratory judgment action and that the case be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure, without prejudice to file this action in state court. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, it is hereby ORDERED that the Magistrate Judge's Report and Recommendation, ECF No. 29, is hereby adopted as the Opinion of the District Court, and the case is hereby DISMISSED.

IT IS SO ORDERED.

DATED this 12th day of April, 2021.

                                    BY THE COURT:

                                    /s/ Christy Criswell Wiegand
                                    CHRISTY CRISWELL WIEGAND
                                    United States District Judge

cc:    The Honorable Maureen P. Kelly
        United States Magistrate Judge

        All Counsel of Record via CM/ECF